# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:06CR258

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.  ) | **ORDER OF DISMISSAL** |
| ) | |
| JAMES ALAN PAYNE ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment herein is hereby **DISMISSED**.

Signed: May 3, 2007

Lacy H. Thornburg
United States District Judge